```
               UNITED STATES DISTRICT COURT
             SOUTHERN DISTRICT OF MISSISSIPPI
                     JACKSON DIVISION
```

ESTATE OF CHARLES L. WEST,
DECEASED                                              PLAINTIFF

VS.                           CIVIL ACTION NO. 3:07CV581TSL-JCS

UNITED STATES OF AMERICA                              DEFENDANT

## JUDGMENT

In accordance with the memorandum opinion and order entered by the court this date, it is ordered and adjudged that plaintiff Estate of Charles L. West, deceased, shall have and recover from defendant United States of America, actual damages in the amount of $249,054.13, and noneconomic damages in the amount of $500,000, for a total award of $749,054.13.

SO ORDERED AND ADJUDGED this 20th day of July, 2009.

                                                      /s/ Tom S. Lee
                                                    UNITED STATES DISTRICT JUDGE